

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed June 18, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 09-70507-HDH-13 |
| ZACK MILLER FLYNN | HEARING DATE: 6/16/2010 |
| LINSEY DENE FLYNN | HEARING TIME: 10:00am |

### ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC). It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2009-03, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2009-03 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

The portion of the secured claim filed by Bank of the West for $4,295.94 shall be valued at $4,295.94 and paid through the plan at 8% interest over 60 months with a payment of $106.35 per month.The secured claim filed by HSBC for $1,914.87 shall be valued at $1,304 and paid through the plan at 8% interest over 60 months with a payment of $31.52 per month. The priority claim filed by Chillichothe Hospital for $231.20 shall be paid through the plan over 60 months with a payment of $4.82 per month.Debtor shall pay $800 per month beginning October 2009 for 2 months; then Debtor shall pay $805 per month beginning December 2009 for 7 months; then Debtor shall pay $980 per month beginning July 2010 for the remaining 51 months for a total plan base amount of $57,215.00.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey

Chapter 13 Trustee